# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0876
LT Case No. 2022-CA-002535

_____

JOHNNY MCNEIL,

   Appellant,

   v.

DAVID BURDETTE,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Johnny McNeil, Jacksonville, pro se.

Michael Jospeh Pelkowski, of Jacksonville Area Legal Aid,
Jacksonville, for Appellee.

April 10, 2024

PER CURIAM.

   AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————